IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSS SHADE,

        Plaintiff,

  v.

RICHARD A. ANDERSON, et al.,

        Defendants.

_____/

No. CV- 13-2303 MMC

**JUDGMENT IN A CIVIL CASE**

     **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or  heard and a decision has been rendered.

     **IT IS SO ORDERED AND ADJUDGED**

     The complaint is hereby DISMISSED with prejudice.

Dated: June 17, 2013

Richard W. Wieking, Clerk

*Tracy Lucero*

By: Tracy Lucero
Deputy Clerk