1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6   ROSS SHADE,                                    No. CV- 13-2303 MMC

7              Plaintiff,
                                            **JUDGMENT IN A CIVIL CASE**
8      v.

9

10  RICHARD A. ANDERSON, et al.,

11              Defendants.
    _____/

12

13          **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues

14  have been tried and the jury has rendered its verdict.

15          **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

16  issues have been tried or  heard and a decision has been rendered.

17          **IT IS SO ORDERED AND ADJUDGED**

18          The complaint is hereby DISMISSED with prejudice.

19

20  Dated: June 17, 2013                          Richard W. Wieking, Clerk

21                                                *Tracy Lucero*

22                                                By: Tracy Lucero
                                                  Deputy Clerk
23

24

25

26

27

28