IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROSS SHADE,

        Plaintiff,

  v.

RICHARD E. ANDERSON, et al.,

        Defendants.

No. C 13-2303 MMC

**ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION**

Before the Court is plaintiff's "Request for Reconsideration," filed July 1, 2013, by which motion plaintiff requests the Court reconsider its order dismissing the above-titled action. (See Order filed June 17, 2013.) Plaintiff fails, however, to make any showing as to the requisite grounds for such relief. See Fed. Rule. Civ. P. 60(b) (setting forth grounds for relief from final judgment). In particular, plaintiff essentially repeats the factual allegations made in his complaint and makes reference to an additional statute, 42 U.S.C. § 1985. To the extent plaintiff repeats his factual allegations, the Court fully considered those allegations in its order of dismissal; to the extent plaintiff now seeks to rely on § 1985, such additional citation is unavailing as the events on which the complaint is based do not, and could not, support a claim under said statute.

    Accordingly, plaintiff's motion is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: July 8, 2013

*[signature]*
MAXINE M. CHESNEY
United States District Judge