**United States District Court**
For the Northern District of California

1

2

3

4

5

6                      IN THE UNITED STATES DISTRICT COURT

7                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

8

9

ROSS SHADE,                              No. C 13-2303 MMC

10
              Plaintiff,                 **ORDER CERTIFYING APPEAL NOT**
11     v.                                **TAKEN IN GOOD FAITH; DENYING**
                                         **PLAINTIFF'S MOTION TO PROCEED IN**
12   RICHARD E. ANDERSON, et al.,        **FORMA PAUPERIS ON APPEAL;**
                                         **DIRECTIONS TO CLERK**
13            Defendants.

                                      /

14

15        On June 17, 2013, the Court issued an order dismissing plaintiff's complaint, and on

16   July 8, 2013, denied plaintiff's motion for reconsideration.  On August 12, 2013, plaintiff

17   filed a notice of appeal, along with a motion to proceed in forma pauperis on appeal.

18   Thereafter, on August 23, 2013, the Ninth Circuit Court of Appeals issued a "Referral

19   Notice," referring the matter to this Court "for the limited purpose of determining whether in

20   forma pauperis status should continue for th[e] appeal."

21        "An appeal may not be taken in forma pauperis if the trial court certifies in writing

22   that it is not taken in good faith."  28 U.S.C. § 1915(a)(3).  "Good faith," for purposes of

23   § 1915(a)(3), exists where the appellant seeks "review of any issue not frivolous."  See

24   Coppedge v. United States, 369 U.S. 438, 445 (1962).  "A claim is frivolous if the factual

25   contentions supporting the claim are clearly baseless or the claim is based on a legal

26   theory that is indisputably meritless."  See Olson v. Stotts, 9 F.3d 1475, 1476 (10th Cir.

27   1993) (internal quotation and citation omitted).  As set forth in the Court's order of dismissal

28   and order denying reconsideration, plaintiff's claims are based on legal theories that

indisputably lack merit  (See Order, filed June 17, 2013; Order, filed July 8, 2013.)

Accordingly, for the reasons state above:

1.  The Court hereby CERTIFIES the appeal is not taken in good faith.

2.  In light of the above-certification, plaintiff's motion to proceed in forma pauperis on appeal is hereby DENIED.

3.  The Clerk is hereby DIRECTED to send a copy of the instant order to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated:  August 29, 2013

MAXINE M. CHESNEY
United States District Judge